UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ARTHUR FLEMMING MOLER** | **CASE NO. 2:19-CV-00809** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CLARA BATY, ET AL.** | **MAGISTRATE JUDGE KAY** |

### MEMORANDUM ORDER

Before the court is a Motion to Vacate [doc. 16] filed by plaintiff Arthur Moler, following the dismissal of his pro se civil rights complaint brought under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). Moler seeks leave to reinstate his action and amend his complaint, based on allegations that he suffered unconstitutional retaliation from various federal defendants for exercise of his First Amendment rights. These allegations do not cure the defect already noted – namely, that this court and several others have held that retaliation claims are not cognizable under *Bivens*. See *Okeayainneh v. U.S. Dep't of Justice*, 2019 WL 1612612 (W.D. La. Mar. 28, 2019); *Butler v. Porter*, 2018 WL 6920355 (W.D. La. Sep. 10, 2018) (collecting cases). While Moler might seek relief for his loss of good conduct time through a § 2241 petition, he does not show a right to proceed here through a civil rights complaint. Accordingly, the Motion to Vacate is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 7th day of November, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT COURT**